UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VIRGINIA STOVER,
                       Plaintiff,

          -against-

TARGET CORPORATION
CITY OF NEW YORK,
                       Defendants.
------------------------------------------------------------X

22 civ 6970 (JGK)

## ORDER

The October 4, 2022 conference is canceled. The time to serve the City of New York is November 14, 2022. Failure to serve the defendant City of New York by November 14, 2022, may be grounds for dismissal of the action against the City of New York, for which event the plaintiff will have no trial against the City of New York.

The plaintiff is advised that if assistance is needed, the plaintiff may contact the Pro Se Office of this Court, which is located at: 500 Pearl Street, Room 220; New York, New York 10007. The telephone number is (212) 805-0175.

**SO ORDERED.**

                                                        JOHN G. KOELTL
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 29, 2022

Copy filed on ECF and mailed to the plaintiff:
Virginia Stover
2831 Exterior Street, Apt 13C
Bronx, New York 10463