UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINA STOVER,

                Plaintiff,

    - against -

TARGET CORPORATON,

                Defendant.

22-cv-6970 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

By Order dated September 30, 2022, the Court directed the plaintiff to serve the summons and complaint on defendant the City of New York by November 14, 2022, and cautioned that failure to serve the summons and complaint would be grounds for dismissal of this action against that defendant.

The plaintiff has failed to serve the summons and complaint on the City by that date. Accordingly, the case is dismissed without prejudice against the City of New York for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    New York, New York
           December 16, 2022

                                        John G. Koeltl
                                  United States District Judge