UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGINIA STOVER,

                        Plaintiff,

-against-

TARGET CORPORATION,

                        Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-6970 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    This case was referred to Magistrate Judge Willis on December 19, 2022 for general pretrial. Dkt. No. 12. Target Corporation shall respond to Plaintiff's complaint by **January 18, 2023**.

    SO ORDERED.

DATED:    New York, New York
                December 19, 2022

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge