UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGINIA STOVER,

                                                 **ORDER**

                    Plaintiff,                22-CV-6970 (JGK) (JW)

      -against-

TARGET CORPORATION,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This action is scheduled for an Initial Case Management Telephone Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **February 21, 2023** at **10:30 AM**. The Parties have not filed their proposed scheduling order. See Dkt. No. 15. The Parties are instructed to do so by end of day on **February 17, 2023**.

      SO ORDERED.

DATED:    New York, New York
               February 16, 2023

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge