UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGINIA STOVER,

                              Plaintiff,

          -against-

TARGET CORPORATION,

                              Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-6970 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    A conference was held on February 21, 2023. The parties were directed by the Court to exchange contact information and to communicate with each other.

    A second conference shall be held on **March 13, 2023** at **10:00 AM**. To call in to the conference, the parties should dial +1 646-453-4442, and enter the Phone Conference ID: 756 752 747#.

    Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

    The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre

Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail instead of by regular mail), she may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

Pursuant to the Court's rules, https://nysd.uscourts.gov/hon-jennifer-e-willis, the parties are directed to complete a Proposed Case Management Plan and Report of Rule 26(f) Meeting, and file it on ECF **by March 6, 2023.**

SO ORDERED.

DATED:  New York, New York
        February 22, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge