UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| VIRGINIA STOVER, | **ORDER** |
| Plaintiff, | 22-CV-6970 (JGK) (JW) |
| -against- | |
| TARGET CORPORATION, | |
| Defendant. | |

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On the evening of March 6, 2023, the Court received a series of emails from the Plaintiff, Ms. Virginia Stover.

The Court read only the initial 9:49 pm email and declined to open or read the other messages. The email is attached to this order as Exhibit A.

First, the parties, in general, should not communicate with the Court directly via email. Regardless of the method of communication, the Court is not permitted to have private conversations with either side. Whenever a party contacts the Court, the other party should be included. All parties in a federal lawsuit should generally only contact the Court by filing a motion that is properly served on the other party or by electronically submitting a letter motion on ECF.

Second, the parties should share their discovery materials with each other. Discovery should not be sent to the Court or electronically filed on ECF.

The parties are reminded that a second conference shall be held on **March 13, 2023** at **10:00 AM**.  To call in to the conference, the parties should dial +1 646-453-4442, and enter the Phone Conference ID: 756 752 747#.

If Ms. Stover wishes to receive documents in this case electronically (by e-mail instead of by regular mail), she may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

If either party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

As explained in the Court's rules, https://nysd.uscourts.gov/hon-jennifer-e-willis, the parties were previously directed to complete a Proposed Case Management Plan and Report of Rule 26(f) Meeting, and file it on ECF **by March 6, 2023.** The Proposed Case Management Plan was not filed and is now late.

SO ORDERED.

DATED:   New York, New York
         March 7, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge

# EXHIBIT A

# Willis NYSD Chambers

| | |
|---|---|
| **From:** | Ms Stover <vystover60@gmail.com> |
| **Sent:** | Monday, March 6, 2023 9:49 PM |
| **To:** | Willis NYSD Chambers |
| **Subject:** | Fwd: district court |
| **Attachments:** | UNITED STATES DISCRICT COURT          CIVIL ACTION.docx |

**CAUTION - EXTERNAL:**

Stover vs Target

Good Evening, Judge Willis here is a copy of the response in answering Mr. Peter Murano at attorney office, Supplemental Demands Fishman McIntyre Levine Samansky. Also some emails, documents, pictures, unpaid bills, bills paid by Plaintiff Health insurance which Plaintiff wants to be REIMBURSED for doctor visits and Radiology Services.

Thank you,
Virginia Stover

---------- Forwarded message ---------
From: **Ms Stover** <vystover60@gmail.com>
Date: Mon, Mar 6, 2023, 7:46 PM
Subject: Fwd: district court
To: <peter@fishmanmcintyre.com>


Good Evening, Mr Murano as per our conversation, here are some of the Supplemental Demands you have requested. Sorry for the delay.

Thank you

---------- Forwarded message ---------
From: **Ms Stover** <vystover60@gmail.com>
Date: Mon, Mar 6, 2023, 5:04 PM
Subject: district court
To: <vystover60@gmail.com>


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL ACTION |
| SOUTHERN DISTRICT OF NEW YORK | CASE NO. 1:22 cv-06970 (JGK) |

...........................................................................

| | |
|---|---|
| **VIRGINIA STOVER** | **PLAINTIFF ANSWERS TO** |
| -against- | **SUPPLEMENTAL DEMAND FOR** |
| **TARGET CORPORATION** | **DEFENDANT** |

...........................................................................

PLEASE TAKE NOTICE, the Plaintiff to the best of their ABILITY is answering to the Defendants. TARGET CORPORATION, through attorney's FISHMAN McINTYRE LEVINE SAMANSKY P.C. **DEMANDS OF SUPPLEMENTAL DEMANDS** FOR DOCUMENTS in accordance with an in a time manner provided by the Rule Civil Procedure 33 and any other Order issued by the Court pertinent to this Civil Action:

1 – 3  The Defendant demands the amount of all "expenses and Injuries due to the incident " as set forth in paragraphs 9-17 of Plaintiff, provide copies of any and all document, records, emails, receipts, bill or any other proof or demonstration of such and provide true copies of any and all documents, records, emails, receipts or any other proof of "emotional damage" as set forth in paragraphs 9-17 of the Plaintiff ' VERIFIED ANSWERS' dated on February 16, 2023.

### SUPPLEMENTAL DEMANDS

Due to the fact the Management Employees and New York Detailed Officer Lopez Badge# 4417 **DID NOT TAKE ANY ACTION IN ACKNOWLEDGING AND HAD NO CONCERNS FOR THE PLAINTIFF BEING ATTACK INTENTIONALLY WITH A DEADLY WEAPON – A SHOPPING CART TWICE IN THE PLAINTIFF LEFTS SIDE ON DECEMBER 15, 2021**, **THERE WERE NOT EMPATHY OR SYMPATHY (SEE THE FOOTAGE)** HERE LISTED AND ATTACHMENTS BELOW ARE **SOMEOF THE EXPENSES** AND INJURIES, DOCUMENTS, RECEIPTS, EMAILS, BILLS, ETC.. AND THE PLAINTIFF DOCTORS NAMES WHO THE DEFENDANT SCHEDULED APPOINTMENTS TO RECEIVE ADDITIONAL DOCTORS TREATMENT, VISITS AND RADALOGIST SERVICES.

1. THE PLAINTIFF CALLED FOR 911 FOR ASSISTED IN FRONT OF TARGET AND AN AMBULANCE ARRIVED AND TWO NYPD OFFICER ARRIVED, THE PLAINTIFF MADE A REPORT. **NOT MANAGEMENT TARGET EMPLOYEES AND/OR NYPD DETAILED OFFICER LOPEZ BADGE# 4417 ATTACHED WILL BE THE POLICE REPORT**
2. THE PLAINTIFF WAS TAKEN TO NEW YORK PRESBYTERIAN ALLEN PAVILLION HOSPITAL located 5141 Broadway, New York, New York 10034, **EMERGENCY**

**UNPAID EMERGENCY EXPENSES BEING THAT THE PLAINTIFF HAD TO CALL ARE:**

| | |
|---|---|
| ▪ **FIRE DEPARTMENT OF THE CITY OF NY** | **$440.00** |
| ▪ **NY PRESBYATARIA ALLEN PAVILLION** | **$5,245.81** |
| | **$420.00** |
| | **$6,105.81   TOTAL** |
| | **X10 = $61,058.10** |

**PLUS REIMBURDEMENT** PAID EXPENSES THROUGH PLAINTIFF HEALTH INSURANCE

3. **NAMES OF PLAINTIFF DOCTORS LISTED BELOW**:
   - DR. SUNITA NINGTHOUJAM – INTERNAL MEDICINE
   - DR BINOD SHAH – SPINAL AND PAIN MANAGEMENT
   - DR. EDWARD PETTEI – CARDIOLIGIST

   **ATTACHED ARE ADDITIONAL DOCTOR VISIT LETTERS AND REFERRAL TO RADIOLOGIST SERVICES WHICH WERE PAID THROUGH THE PLAINTIFF HEALTH INSURANCE AFTER THE DECEMBER 15, 2021 INCIDENT. THE PLAINTIFF DEMANDS TO BE REIMBURSED FOR ALL THE EXPENSES PAID BY HEALTH INSURANCE FOR THE PERIOD TIME OF JANUARY 1, 2022 TO PRESENT WHICH HAVE TO BE REVIEWED AND SPECIFIED PAID EXPENSES, DUE TO CERTAIN VISITS AND RADIOLOGIST SERVICES AFFILIATED WITH THIS CASE.**

4. The day of the incident on December 15, 2021, the Plaintiff arrived to TARGET AFTERWARDS a scheduled appointment with the Spinal and Pain Management Doctor

**PLAINTIFF IS MENTALLY AND EMOTIONALLY TRAUMATIZED** SINCE THE INCIDENT AND HAVE NOT RETURN IN TARGET. THE PLAINTIFF **CARRIES MASS AND A STUNDER GUN** EVERYDAY BECAUSE WAS **NEVER ATTACK BY A MAN BEFORE!!!** SINCE THE INCIDENT THE PLAINTIFF HAS **ACCUMULATE AND DIAGNOSED WITH HIGH BLOOD PRESSURE AND HEART PULSE RATE LOW AND ANXIETY IN WHICH DIAGNOSIS INCLUDED: BRADYCARDIA, PURE HYPERCHOLESTERILEMIA, CHEST PAIN AND ATYPICAL CHEST PAIN** AND PRESCRIPED **ROSUVASTATIN CALCIUM** 5MG ONCE A DAY EACH MORNING AND **AMLPINE BESYLATE** 2.5MG ONCE EACH MORNING, **THE PLAINTIFF HAVE PAIN IN THEIR CHEST ON AND OFF BY BEING A VICTIM OF ASSAULT AND AN ELDERLY, THE PAIN IN THE PLAINTIFF LEFT SIDE GOES AND COME AND SOMETIMES UNBARABLE AT TIMES. PLAINTIFF WAS RECENTLY HOSPITALIZED FOR SEVERE HEAVY CHEST PAIN ON PLAINTIFF RIGHT SIDE THROUGH UPPER BACKSIDE. PLAINTFF WAS AFRAID AND WENT TO EMERGENCY DETECTED STROKE WAS ABOUT TO OCCUR. THE PLAINTIFF WAS DISCRIMINATED AGAINST AND HUMILATED (SEE THE FOOTAGE) ALL PARTIES WERE LATINO.  THIS HAS/IS MENTALLY AND EMOTIONAL TRAUMATIZING AND DAMAGING TO THE PLAINTIFF. THE PLAINTIFF WILL SUFFER HIGH BLOOD PRESSURE, ANXIETY AND LOW HEART RATE FOR THE REST OF THEIR LIFE DUE TO THIS INCIDENT!!**

WHEREFORE, Plaintiff demands judgement against, the Defendants in the sum of $1,000,000,000 (one million dollars) plus interest from December 15, 2021 to present, costs and disbursement, together with any other relief this court find to be just and proper.

Dated: March 6, 2023

_____

Sign name

Virginia Stover

Print Name

2831 Exterior Street #13C

Bronx, New York 10463