UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VIRGINIA STOVER,

                      Plaintiff,

       -against-

TARGET CORPORATION,

                      Defendant.
------------------------------------------------------------------X

**ORDER**

**22-CV-6970 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Yesterday, Defendant submitted a letter to the Court requesting an adjournment of the scheduled discovery conference due to a flight cancellation. Dkt. No. 25. The request for an adjournment is GRANTED.

    The conference shall now take place on **July 20, 2023, in Courtroom 228, 40 Foley Square, New York, New York at 3:30 p.m.**

    SO ORDERED.

DATED:    New York, New York
               June 28, 2023

                                                    *Jennifer E. Willis*
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge