UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGINIA STOVER,

                              Plaintiff,

              -against-

TARGET CORPORATION,

                            Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-6970 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Yesterday, the Court held a discovery conference.

First, as discussed at the conference, Plaintiff is required to provide to the Defendant her social security number. She may provide them the number via email or over the phone. The social security number should not be filed on the docket. Plaintiff was also directed to provide to Defendant two HIPPA releases. If those releases were not provided in-person following the conference, they shall be provided via email **by July 28th**.

Second, the Defendant shall provide to the Court a copy of Plaintiff's interrogatories, Defendant's objections, Plaintiff's responses, and a copy of their proposed protective order with a redline showing how it differs from the Court's model order **by July 28th**.

Third, the Defendant shall request a transcript of yesterday's proceeding and provide a copy to the Court and to the Plaintiff.

Finally, the Parties shall attend a follow-up conference on **September 8, 2023** at 1:00 pm in Courtroom 228, 40 Foley Square.

SO ORDERED.

DATED:   New York, New York
July 21, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge