UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIRGINIA STOVER,

                    Plaintiff,

-against-

TARGET CORPORATION,

                    Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-6970 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Today, the Court held a discovery conference. First, the Court has reviewed the Plaintiff's interrogatories and the Defendant's responses. The Court rules that, to date, Defendant has adequately responded to Plaintiff's interrogatories. The sole remaining issue with respect to the interrogatories is that Plaintiff requested Defendant identify an employee working the day of the incident. Defendant's counsel has represented that if Plaintiff provides a timestamp of the surveillance video that identifies the employee, Defendant will, if able, provide Plaintiff the contact information for that employee.

Second, the Plaintiff shall have two weeks to review the Defendant's proposed protective order with the Pro Se Clinic. If Plaintiff objects to the proposed order, she is to inform the Defendant by September 22nd and shall file her objections on the docket by September 29th. If there is no objection, the Defendant may file the proposed protective order after the 22nd.

SO ORDERED.

DATED:   New York, New York
               September 8, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge