```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
VIRGINIA STOVER,

                  Plaintiff,            22-cv-6970 (JGK)

      - against -                       ORDER

TARGET CORPORATION, ET AL.,

                  Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should proceed with the summary judgment schedule set by Magistrate Judge Willis. ECF No. 42. No pre-motion conference is necessary.

**SO ORDERED.**

Dated:  New York, New York
        August 15, 2024

/s/ John G. Koeltl
_____
       John G. Koeltl
United States District Judge