UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA STOVER,                              22-cv-6970 (JGK)

           Plaintiff,                ORDER

  - against -

TARGET CORPORATION,

           Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment (ECF No. 45).

SO ORDERED.

Dated:  New York, New York
       October 23, 2024

                                                  John G. Koeltl
                                         United States District Judge