```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
VIRGINIA STOVER

                 Plaintiff,        22-cv-6970 (JGK)

    - against -              ORDER

TARGET CORPORATION,

                 Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court received the attached letter from the plaintiff inquiring about a letter she received from an insurance carrier and relating various conversations, docketed at ECF No. 57. A motion for summary judgment filed by the defendant, Target Corporation ("Target"), is pending in this case. ECF No. 45.

    Counsel for Target should respond to the plaintiff's inquiries about insurance for this case. With respect to any issues relating to this case, the plaintiff should not attempt to contact a person or entity represented by counsel for Target. If there is other insurance for the plaintiff in connection with any issues in this case, and if the insurance provider is not represented by counsel for Target, counsel for Target should refer the plaintiff to that other company to answer the plaintiff's concerns regarding losing insurance coverage.

    A copy of this order should be mailed to the plaintiff and such mailing should be noted on the docket. A copy should also

be sent to the plaintiff at her email address, vrgstover@gmail.com.

If the plaintiff wishes to receive electronic service in this case, she must follow the instructions posted on the Court's website:

https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf.

SO ORDERED.
Dated:   New York, New York
         December 30, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge

United State District Court
Southern District of New York
District Judge Honorable John G. Koeltl
500 Pearl Street
New York, New York 10007-1312

RECEIVED
SDNY PRO SE OFFICE
2024 DEC 23  PM 3: 15

December 23, 2024

Dear Honerable Judge John G. Koeltl:

On behalf of my <u>Civil Action, Case No: 1:22-CV-06970 (JGK) (JW), as the Plaintiff, Virginia Stover, self, Pro Se,</u> I am writing you in reference to a letter, received by my Health Insurance Carrier, Healthfirst dated on December 12, 2024. In which, I received in the mail on Saturday, December 21 2024. The letter stated, as a <u>NOTIFICATION OF OTHER HEALTH INSURANCE COVERAGE INFORMATION and I have NO KNOWLEDGE OF!!  (ATTACHED). EXHIBIT A</u>

On Saturday, I was so inquisitive, I contacted the Carrier (<u>SEDGWICK</u>) on the letter, having a chat, after providing the Policy Number; 130035510 and the type of Coverage: Liability, she providing me with the Adjuster name, and telephone number as: Steven Young, 612.313.2394 Extension 32394. I called and left Mr. Young a message with my name and telephone number. I called again and left my name and telephone number again, because I left the wrong last number of my cellular number and carefully listen to his message and name and his email address Steven.Young@sedgwick.com. I sent him an email, stating, "Good Afternoon, I just...found..out..I have a policy number and a group number with a liability coverage Can you please, let me know the status, my email address is vrgstover@gmail.com." <u>(ATTACHED) EXHIBIT B</u>

Mr. Young, responded on Monday, December 23, 2024, stating," I have included Target's attorney, hired in New York that is assigned to handling your lawsuit against Target Corporation, I have asked Mr. Levine to contact you this week." I responded, in the email," Ok, because Ive never received a letter from your company, did you ever send one out?" NO RESPONSE!!  (ATTACHED) EXHIBIT B

Also, I tried calling Mr. Steven Young on December, 23, 2024 @ 10:18 a.m., the call went straight to voicemail and this indicated to me, Mr. Young blocked my number and <u>Mr. Mitchell R. Levine, the Defendant, Fishman McIntyre Levine Samansky, PC Attorney for Target Corporation, contacted me at 10:19 a.m. 973.947.9024</u>. Attorney, Mr. Levine, called me and was very annoyed and upset. Asking me questions, where did you get, Mr. Young's name and number from. I explained to Mr. Levine, a letter I received from my Health Insurance and the information was on there and I needed to know what this was about. Mr. Levine, stated he <u>DO NOT KNOW, DENIED ANY LIABILTY COVERAGE</u>, what I am talking about and very nasty, <u>DO NOT</u> contact my client again. Can you send me a copy of the letter? I stated, I will contact, the Judge, thank you. My understanding, if you DO NOT know anything about the Liability coverage, how is this your client? <u>(ATTACHED) EXHIBIT B</u>  OR IS THIS PLAINTIFF COMPENSATION, DID NOT RECEIVE?

My concern, Honorable Judge Koelfl, is how long this Liability Coverage have been going on? In my <u>Rule 56.1 (V) dated on October 18, 2024,</u> the reason my ONLY INCOME was STOPPED? There have been some FRAUDULENT, NEGLIENCE, VICTIM IDENTITY THEFT!! This is VERY UNCOMMON, Judge Koelfl, this is HUMILIATING, STRESSFUL, INTERRUPTING MY LIVELYHOOD. EXPERIENCING AND SUFFERING LOSS, PAIN AND SUFFERING!! IN REGAINING MY INCOME AND HEALTH INSURANCE!! Please, INVESTIGATE!!

THE PLAINTIFF SHOULD BE AWARDED A "DEFAULT JUDGEMENT" FOR THE AMOUNT REQUESTED

If you have any questions, Judge Koelfl, please, contact me at 347.805.0738 or email me at vrgstover@gmail.com. Also, Judge Koelfl, I haven't been receiving any responses, from the United States Southern District Court, when I submit my motions, I would prefer, responses sent to my email address, vrgstover@gmail.com, if you can.

Thank you for reviewing my concerns.

Sincerely yours,

*[signature]*

Virginia Stover
(Pro Se)




**Health Insurance for New Yorkers**

12/12/2024

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SNGLP 100 Tray 1 : Piece 75
VIRGINIA STOVER
2831 EXTERIOR ST APT 13C
BRONX NY 10463-7111

Member ID: 3HQ9Q30NP22

**RE: Notification of Other Health Insurance Coverage Information**

Dear VIRGINIA STOVER :

Every year, we're required to notify you about any information in our records that shows you have other health insurance. We're also required to notify you about this whenever you enroll in a Healthfirst plan or change your enrollment. Here's the information that we have on file:

**Name of Carrier:** SEDGWICK
**Type of Coverage:** Liability
**Primary Policyholder:** Self
**Effective Date of Coverage:** 12/15/2021
**End Date of Coverage:**
**Policy Number:** 130035510
**Group Number:** DOL 12152021
**Bin Number:**
**PCN Number:**
**Prescription RX ID:**
**Prescription RX Group:**

If the above information is correct, no action is required. If this information is **NOT** correct, please return this letter with corrections noted **OR** a copy of your other insurance card to **Healthfirst Coordination of Benefits Department, P.O. Box 5193, New York, NY 10274.**
You can also fax corrections or a copy of your other insurance card to us at **1-646-677-3366.**

If you have any questions, please call Healthfirst Medicare Plan at **1-888-260-1010** (TTY 1-888-542-3821), 7 days a week, 8am-8pm.

Thank you for being a valued Healthfirst member.

Sincerely,

Healthfirst Coordination of Benefits Unit

H3359_GEN20_100 0531-20_C

Healthfirst | 100 Church Street, New York, NY 10007 | www.healthfirst.org

EXHIBIT A



EXHIBIT B

12/23/24, 1:37 PM Case 1:22-cv-06970-JGK-JW Document 58 Filed 01/02/25 Page 7 of 8
Case 1:22-cv-06970-JGK-JW Document 57 Filed 12/23/24 Page 5 of 6
20241223_112522.jpg

Thank you,

Ms Virginia Stover

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.



**Miss Stover** 9:08 AM
to Young

 

Ok, because I've never received a letter from your company, did you ever send one out?

Show quoted text

 Reply  

 

EXHIBIT B



EXHIBIT B