UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA STOVER,

                Plaintiff,        22-cv-6970 (JGK)

    - against -                ORDER

TARGET CORPORATION,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to mail copies of the videos referenced at Exhibits E ("Video Footage of Subject Incident from 'Self-Checkout' camera position, recorded on December 15, 2021) and F ("Video Footage of Subject Incident from 'Guest Services' camera position, recorded on December 15, 2021") to the Declaration of Mitchell B. Levine in Support of Target's Motion for Summary Judgment, ECF No. 47, to the Court. The defendant may provide the videos in .mp4, .mpg, or another common video file format, on a flash drive, DVD, or external hard drive.

SO ORDERED.

Dated:    New York, New York
             April 8, 2025

                                                  John G. Koeltl
                                          United States District Judge