UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGINIA STOVER,

           Plaintiff,

   - against -

TARGET CORPORATION,

           Defendant.

22-cv-6970 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On April 8, 2025, the Court directed the defendant to mail copies of the videos referenced at Exhibits E ("Video Footage of Subject Incident from 'Self-Checkout' camera position, recorded on December 15, 2021") and F ("Video Footage of Subject Incident from 'Guest Services' camera position, recorded on December 15, 2021") to the Declaration of Mitchell B. Levine in Support of Target's Motion for Summary Judgment, ECF No. 47, to the Court. ECF No. 63.

    On April 9, 2025, the defendant mailed a CD-R disc which purports to contain copies of the videos requested by the Court. However, the CD-R provided appears to be blank. The defendant is requested to re-send the requested videos in .mp4, .mpg, or another common video file format, on a flash drive, DVD, or external hard drive.

SO ORDERED.

Dated:   New York, New York
           April 15, 2025

                                             /s/ John G. Koeltl
                                           John G. Koeltl
                                       United States District Judge