```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

VIRGINIA STOVER,
                      Plaintiff,           22-cv-6970 (JGK)

       - against -                   <u>ORDER</u>

TARGET CORPORATION,
                      Defendant.
-----------------------------------------------

**JOHN G. KOELTL, District Judge:**

    On May 2, 2025, the Court received a submission from the plaintiff relating a new letter she received from her health insurer, which claimed that the plaintiff had obtained other health insurance from "Sedgwick." ECF No. 65. "Sedgwick" appears to refer to Sedgwick Claims Services, which is the third-party administrator for the defendant, Target Corporation ("Target"). ECF No. 61.

    A motion for summary judgment filed by Target is pending in this case. ECF No. 45. On January 22, 2025, the Court directed that no further submissions should be made in this case until the Court has decided the pending motion for summary judgment. ECF No. 62.

    Counsel for Target should respond to the plaintiff's inquiries about insurance for this case, including any impact Sedgwick's coverage in this case may have on the plaintiff's health insurance coverage. With respect to any issues relating to this case, the plaintiff should not attempt to contact

directly a person or entity represented by counsel for Target. If there is other insurance for the plaintiff in connection with any issues in this case, and if the insurance provider is not represented by counsel for Target, counsel for Target should refer the plaintiff to that other company to answer the plaintiff's concerns regarding losing insurance coverage.

The parties are reminded that no further submissions should be made in this case until the Court has decided the pending motion for summary judgment.

The Clerk is requested to mail a copy of this Order to the pro se plaintiff and note mailing on the docket. A copy will also be sent to the plaintiff at her email address, vrgstover@gmail.com.

SO ORDERED.

Dated:    New York, New York
          May 5, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge