# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

VIRGINIA STOVER,

                Plaintiff,                    22 **CIVIL** 6970 (JGK)

     -against-                             **JUDGMENT**

 TARGET CORPORATION,

                Defendant.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 1, 2025, Target's motion for summary judgment is granted. The case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      July 1, 2025

                                    **TAMMI M. HELLWIG**

                                _____
                                     **Clerk of Court**

                **BY:**    _____
                             **Deputy Clerk**